

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-13-00147-CR |
| IN RE: THE STATE OF TEXAS, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Alma Trejo, Judge of the County Criminal Court of Law No. 1 of El Paso County, Texas, and conditionally grants relief, in accordance with the opinion of this court. The writ will issue only if the trial court fails to comply with this opinion.

IT IS SO ORDERED THIS 30TH DAY OF MAY, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, J., and Chew, C.J. (Senior Judge)
Chew, C.J. (Senior Judge), sitting by assignment